Alan N. Stewart, OSB 121451
Hurley Re, P.C.
747 SW Mill View Way
Bend, OR 97702
Telephone: (541) 317-5505
Facsimile: (541) 317-5507
E-mail Address: anstewart@hurley-re.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| LORI SANGER, | Case No.: 1:14-CV-01294-CL |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| ALBERTSON'S, LLC, a foreign limited liability company dba Albertsons, | |
| Defendant. | |

The Court has received from the parties a Stipulated General Judgment of Dismissal. Having reviewed the Stipulation, the Court finds good cause to approve the parties' Stipulation and to dismiss this action.

NOW, THEREFORE, it is hereby ordered that this action is dismissed with prejudice and without costs.

IT IS SO ORDERED.

DATED: 11/16/15

_____
Mark D. Clarke
United States Magistrate Judge